IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEMETRIUS JACKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 03-045-WDS |
| | ) |
| **DAWN MARIE GRATHLER, C/O GRATHLER, K. SHELTON, R. GALES, SCOTT T. MIHM, JOHNATHAN R. WALLS, and DONALD N. SNYDER, JR.,** | ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as frivolous.  Dismissal is without prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

May 27, 2005                           By:   *s/ WILLIAM D. STIEHL*
*Date*                                                  *District Judge*